UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No.   12-cr-00337-WYD

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1.  HUMBERTO MONTES-BRAVO, a/k/a Javier Montes,

 Defendant.

## ORDER

 THIS MATTER is before the Court on the Notice of Disposition, Unopposed Motion for Pre-Plea Presentence Investigation and Request for Immediate Sentencing, filed by Defendant Humberto Montes-Bravo on August 17, 2012 [ECF No. 11].  In the Motion, Defendant advises the Court that he will plead guilty to the Indictment in this case, and requests that the Court conduct the sentencing hearing on date of the change of plea.

 In support of the Motion, Defendant asserts that this is a Fast Track case and that the parties believe he may be eligible for a sentence of time served as of the date of the change of plea hearing.  Defendant has indicated that he waives the minimum notice requirements of Rule 32(e)(2) of the Federal Rules of Criminal Procedure, agrees to the preparation of a modified presentence report prior to the change of plea hearing, and consents to the disclosure of the report to the Court, the government, and

his attorneys before the hearing.  The government does not oppose the relief requested in the filing.

The Court having reviewed the filing and finding good cause therefore, it is

ORDERED that Defendant's Unopposed Motion for Pre-Plea Presentence Investigation and Request for Immediate Sentencing, filed August 17, 2012 [ECF No. 11], is **GRANTED**.  It is

FURTHER ORDERED that all pretrial filing deadlines and the two-day jury trial set for October 15, 2012, are **VACATED**.  It is

FURTHER ORDERED that the parties shall jointly contact chambers to schedule the joint change of plea hearing and sentencing hearing.  It is

FURTHER ORDERED that Probation shall prepare and disclose to the parties and the Court a modified presentence report prior to the hearing.

Dated:  August 22, 2012.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL
CHIEF U.S. DISTRICT JUDGE