**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   12-cr-00337-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  HUMBERTO MONTES-BRAVO,

      Defendant.

---

### ORDER FOR TIME SERVED

---

      PURSUANT to and in accordance with the Sentencing hearing held before the Honorable Wiley Y. Daniel, Chief United States District Judge, on October 19, 2012, it is hereby

      ORDERED that Defendant Humberto Montes-Bravo is sentenced to TIME SERVED.

      Dated:  October 19, 2012.

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        WILEY Y. DANIEL,
                                        CHIEF UNITED STATES DISTRICT JUDGE